In the Matter of the Arbitration between AIR FRANCE, Appellant, and LOCAL 808, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, WAREHOUSEMEN AND HELPERS, Respondent.— A very narrow question was submitted to the arbitrator. He determined only that question. He avoided any determination as to the validity of Local 808's claim to represent employees. He merely decided that the show cards were valid applications by the employees involved for membership in Local 808 and that such employees had indicated their preference to be represented by that local. His decision did not mean that the union is the recognized bargaining agent to the exclusion of any other group. That question is open to the National Mediation Board. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

R. K. CORBIN, INC., Appellant, v. MARVIN S. LEVINE et al., Defendants, and BERG, HEDSTROM & CO., INC., Respondent.— Defendant's demand for a bill of particulars comprises ninety-three items. Many of these items seek an oppressive volume of detailed facts which are immaterial to the issues in this case — such as data concerning merchandise distributed on behalf of firms other than the named defendants. Other items require such minute and petty particulars that they are unnecessary in the proper preparation of the case or would result in unwarranted disclosure of evidence. Plaintiff has consented to furnish forty-three of the items. Some of the others, at least in part, are proper but should not be passed upon in their present objectionable form (*Universal Metal Prods. Co.* v. *De-Mornay Budd,* 275 App. Div. 575; *Winterstein* v. *Mauntner,* 284 App. Div. 962). The order is unanimously modified by eliminating all items except those consented to by plaintiff; and, if so advised, defendant may serve a proper demand as to any additional items it deems material or necessary. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the Arbitration between NEWSPAPER GUILD OF NEW YORK, Respondent, and HEARST CONSOLIDATED PUBLICATIONS, INC., NEW YORK JOURNAL-AMERICAN DIVISION, Appellant.— Whatever we may think as to the construction of this contract were it submitted to us in the first instance, in view of the construction of the arbitrator to whom this question was submitted by consent, the order appealed from is unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.